UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:06-CR-266-T-27TBM

LAVAR RAYMOND BAUGH

_____/

## ORDER

THIS CAUSE is before the Court on this 5th day of October, 2006, on a Petition to Revoke Supervised Release. The Defendant, LAVAR RAYMOND BAUGH, appeared with Counsel, Alec Hall, AFPD; and Patricia Kerwin, AUSA, appeared for the United States of America.

At the hearing, the defendant voluntarily admitted the allegations in the Petition for Revocation of Supervised Release. Based on the defendant's admission to the allegations in the Petition for Revocation of Supervised Release, the Court finds that defendant has violated the terms of the Order of Supervised Release.

It is, therefore, **ORDERED AND ADJUDGED**:

1. The Order of Supervised Release entered herein as to the above named defendant is hereby **REVOKED**.

2. The defendant, **LAVAR RAYMOND BAUGH**, is hereby placed on a term of Supervised Release for a term of **THIRTY (30) MONTHS**. The defendant shall comply with all standard

of supervised release as previously ordered and the following additional conditions:

>\*The defendant shall participate in the Home Detention program for a period of **SIX (6) MONTHS**. During this time, defendant will remain at defendant's place of residence except for employment and other activities approved in advance by the defendant's Probation Officer. Defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such monitoring not to exceed an amount determined reasonable by the Probation Officer based on ability to pay (or availability of third party payment) and in conformance with the Probation Office's Sliding Scale for Electronic Monitoring Services. If the defendant meets all conditions as directed, the Court has no objection to the electronic monitoring device being removed after three months.
>
> \* The defendant shall participate in and complete mental health and drug treatment counseling as directed by the probation officer.
>
> \*The Court has zero tolerance for any positive drug test. The defendant shall be brought before the Court if he has one positive drug test result.
>
> \*The defendant shall disclose to his probation officer, all prescription drugs prescribed to him by his physician. The defendant shall give the probation officer consent to obtain the prescribed drug information from his doctor.
>
> \*The defendant shall appear as ordered before the Court to resolve his pending state court cases.
>
> \*The defendant shall enroll in the GED program within six months.

DONE AND ORDERED at Tampa, Florida this 6th day of October, 2006.

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies:
- U.S. Attorney's Office
- Defense Counsel
- U.S. Marshal
- U.S. Probation