UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                                              Case No. 8:06-CR-266-T-27TBM

LAVAR RAYMOND BAUGH

_____/

## ORDER REVOKING SUPERVISED RELEASE
## AND
## JUDGMENT AND COMMITMENT

THIS CAUSE is before the Court on this 30th day of November, 2006, on a Petition to Revoke Supervised Release. The Defendant, LAVAR RAYMOND BAUGH, appeared with Counsel, Alec Hall, AFPD; and Patricia Kerwin, AUSA, appeared for the United States of America. The Probation Officer, Molly Mines, was also present.

At the hearing, the defendant voluntarily admitted the allegations in the Petition for Revocation of Supervised Release. Based on the defendant's admission to the allegations in the Petition for Revocation of Supervised Release, the Court finds that defendant has violated the terms of the Order of Supervised Release.

It is, therefore, **ORDERED AND ADJUDGED**:

1. The Order of Supervised Release entered herein as to the above named defendant is hereby **REVOKED**.

2. The defendant, **LAVAR RAYMOND BAUGH**, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **SIXTY (60) DAYS**. *The defendant shall receive credit for time served since November 7, 2006.*

3. The defendant is then released on a term of Supervised Release of **TWO (2) YEARS**. The defendant shall comply with all standard conditions and special conditions previously imposed by the Court. In addition, the defendant shall comply with the following special conditions:

*The defendant shall enroll in and successfully complete the DACCO Residential Drug Treatment Program, at his expense.

*The defendant shall participate in mental health and drug treatment as directed by his probation officer.

*The Court has zero tolerance for any positive drug test.

*The defendant shall enroll in the GED program within the first year of his supervision.

4. The Court shall be notified by counsel if the defendant is not accepted into the DACCO Program, and reserves jurisdiction to impose another suitable condition.

5. Counsel to file a motion for transportation arrangements when the defendant's surgery date is scheduled.

DONE AND ORDERED at Tampa, Florida this 1st day of December, 2006.

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies:
- U.S. Attorney's Office
- Defense Counsel
- U.S. Marshal
- U.S. Probation