# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

LAVAR RAYMOND BAUGH

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 8:06-CR-266-T-27TBM

USM Number: 37164-037

_Defendant appears pro se_
Defendant's Attorney

**THE DEFENDANT:**

_____ admitted guilt to violation of charge number(s)_____ of the term of supervision.

__X__ was found in violation of charge number(s) ___1, 2 and 3___ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to comply with the Home Detention Program | March 8, 2010 |
| 2 | Failure to comply with the Home Detention Program | March 9, 2010 |
| 3 | Travel outside the district without permission | March 26, 2010 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: April 13, 2010

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

DATE: April 13th, 2010

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

DEFENDANT: LAVAR RAYMOND BAUGH
CASE NUMBER: 8:06-CR-266-T-27TBM

Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: **SIX (6) MONTHS**. The defendant shall be given credit for time served since 3/26/10.

\_\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

  \_\_\_\_ at _____ a.m.    p.m.    on _____.

  \_\_\_\_ as notified by the United States Marshal.

\_\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  \_\_\_\_ before 2 p.m. on _____.

  \_\_\_\_ as notified by the United States Marshal.

  \_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL